AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Melanie E. Damian, as Receiver of Hunter Wise Commodities, LLC, Hunter Wise Services, LLC, Hunter Wise Credit, LLC, and Hunter Wise Trading, LLC<br><br>*Plaintiff(s)*<br>v.<br>International Metals Trading & Investments, Ltd. and Bill Perry<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 16-20343-CV-UNGARO |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bill Perry
980 N. Michigan Avenue, Ste. 1400
Chicago, IL 60611-7500


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth Dante Murena, Esq.
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



Date: **January 29, 2016**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts