IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 1:16-cv-20343-DMM

Melanie E. Damian, as Receiver of Hunter
Wise Commodities, LLC, Hunter Wise
Services, LLC, Hunter Wise Credit, LLC,
And Hunter Wise Trading, LLC,

        Plaintiff,

v.

International Metals Trading & Investments, Ltd.
and Bill Perry,

        Defendants.
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT BILL PERRY

Pursuant to the Federal Rule of Civil Procedure 55(a), Plaintiff, Melanie E. Damian, as Receiver of Hunter Wise Services, LLC, Hunter Wise Services, LLC, Hunter Wise Credit, LLC, and Hunter Wise Trading, LLC ("Plaintiff"), hereby requests the entry of a Clerk's default against Defendant, Bill Perry, and in support states:

    1.    On January 29, 2016, Plaintiff filed a Complaint, commencing this action against Defendants, International Metals Trading & Investments, Ltd. and Bill Perry, stating claims for fraudulent transfers and unjust enrichment [ECF No. 1].

    2.    Plaintiff attempted to serve Mr. Perry and exercised due diligence in attempting to locate him for personal service, but Mr. Perry could not be located.

    3.    On April 28, 2016, Plaintiff filed a Motion for Leave to Serve Summons and Complaint on Defendant Bill Perry by Publication and Motion for Extension of Time to Perfect Service on Defendant Perry [ECF No. 12].

4. On July 7, 2016, the Court entered an order granting Plaintiff's motion to serve Mr. Perry by publication and extended the time to perfect service on Mr. Perry [ECF No. 18].

5. In compliance with Section 49.10, Florida Statutes and the Court's July 7, 2016 order, the Plaintiff published a Notice of Action in the Chicago Daily Law Bulletin in Cook County, Illinois (in the county of Mr. Perry's last known address) and also in the Palm Beach Daily Business Review in Palm Beach County, Florida (in the county where this Court is located), once during each week for four consecutive weeks.  *See* ECF No. 20 and 21.

6. Pursuant to Section 49.09, Florida Statutes, Mr. Perry was required to file a response to the Complaint with the Clerk of Court and serve Plaintiff with a copy of the response no more than 60 days after the first publication of the Notice of Action. Therefore, Mr. Perry's response to the Complaint was due on September 19, 2016.

7. As of the filing of this request, Mr. Perry has not filed an answer or otherwise responded to the Complaint, as required by Federal Rule of Civil Procedure 12(a) and Section 49.09, Florida Statutes.

8. Mr. Perry is not on active duty in the military service. *See* Non-Military Service Affidavit, attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff Melanie E. Damian, as Receiver respectfully requests the entry of the attached proposed Clerk's Default against Defendant Bill Perry, in accordance with Federal Rule of Civil Procedure 55(a).

Dated: October 17, 2016

        Respectfully submitted,

        **DAMIAN & VALORI, LLP**
        *Counsel for Plaintiff*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile:   (305) 371-3965

        */s/ Kenneth Dante Murena*
        KENNETH DANTE MURENA
        FLORIDA BAR NO.: 147486
        EZEQUIEL J. ROMERO
        FLORIDA BAR NO.: 107216

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2016, a true and correct copy of the foregoing was sent via U.S. Mail to: Bill Perry at 980 N. Michigan Avenue, Ste. 1400, Chicago, Illinois 60611-7500.

        /s/ Kenneth Dante Murena
        Kenneth Dante Murena