UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MELANIE E. DAMIAN

PLAINTIFF(S)

v.

INTERNATIONAL METALS TRADING &
INVESTMENTS, LTD., et al.,

DEFENDANT(S).

CASE NUMBER
1:16−cv−20343−DMM

DEFAULT BY CLERK F.R.Civ.P.55(a)

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Bill Perry**

as of course, on the date October 19, 2016.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Yesenia Rodriguez*
Deputy Clerk

cc:  Judge Ursula Ungaro
     Melanie E. Damian

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)