IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-CV-20343-DMM

MELANIE E. DAMIAN, as Receiver of Hunter
Wise Commodities, LLC, Hunter Wise
Services, LLC, Hunter Wise Credit, LLC,
And Hunter Wise Trading, LLC,

        Plaintiff,

v.

INTERNATIONAL METALS TRADING &
INVESTMENTS, LTD. and BILL PERRY,

        Defendants.
_____/

## ORDER CANCELLING CALENDAR CALL AND TRIAL

Plaintiff Melanie E. Damian moved for Clerk's Entry of Default as to Defendants Bill Perry (DE 23) and International Trading & Investments, Ltd. (DE 24) on October 17 and 18, 2016, respectively. The Clerk of Court entered default as to both Defendants on October 19, 2016. (DE 25 & 26). In light of Defendants' default, the Court cancels the Calendar Call/Status Conference, scheduled for 1:15 p.m. on October 26, 2016, and trial, scheduled to begin October 31, 2016. (DE 18). Accordingly, it is

**ORDERED** and **ADJUDGED** that

(1) The Calendar Call/Status Conference scheduled for 1:15 p.m. on October 26, 2016 is **CANCELLED.**

(2) The trial scheduled for the two-week trial period commencing October 31, 2016 is also **CANCELLED**.

(3) Plaintiff Melanie E. Damian shall file any Motion for Default Judgment **by November 3, 2016**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 25 day of October, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record