IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-CV-20343-DMM

MELANIE E. DAMIAN, as Receiver of Hunter
Wise Commodities, LLC, Hunter Wise
Services, LLC, Hunter Wise Credit, LLC,
And Hunter Wise Trading, LLC,

        Plaintiff,

v.

INTERNATIONAL METALS TRADING &
INVESTMENTS, LTD. and BILL PERRY,

        Defendants.
_____/

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANT

THIS CAUSE is before the Court upon *sua sponte* review of the case. Defendant Bill Perry ("Defendant") is proceeding *pro se* in this case. So that Defendant is advised of essential requirements concerning this case, the Court **ORDERS** as follows:

1. Any litigant appearing *pro se* is responsible for keeping the Court advised of his or her current address at all times. If a *pro se* litigant's address changes and no change of address is promptly filed with the Clerk of Court, <u>the litigant risks entry of default.</u>

2. Defendant shall serve upon Plaintiff, and Plaintiff upon Defendant, or, if appearance by counsel has been entered, upon their respective counsels, copies of all further pleadings or documents submitted for the Court's consideration. All pleadings must include the case number at the top of the first page. *Pro se* litigants shall send the original of every pleading or document to the Clerk of this Court. Each submission shall include:

    1) a copy of the pleading or document, and

    2) a certificate of service stating the date a true copy of the pleading or document was sent to the opposing parties or counsel for such parties. No original pleading or document shall be sent directly to a Judge of this Court. Any paper submitted directly to a Judge rather than to the Clerk will be disregarded by the Court.

3. Defendant has no counsel to assist in the discovery process. Attention is therefore directed to Federal Rule of Civil Procedure 26(a), which lists the various forms of discovery available in civil cases. *Pro se* litigants are instructed that the Court will permit reasonable, relevant discovery by the methods described in the Federal Rules of Civil Procedure. *Pro se* litigants are responsible for actively pursuing this case, obtaining essential discovery, filing all necessary pleadings and motions, and otherwise complying with all scheduling orders and preparing the case for trial.

4. *Pro se* litigants, like all other litigants, must adhere to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

5. As I explained in the Order Vacating Default as to Bill Perry and Denying Motion to Dismiss, individuals may appear *pro se* but corporations may not. If Perry, in his capacity as president of Defendant International Metals Trading & Investments, Ltd., wishes to defend the company against Plaintiff's claims, he must retain counsel. Without counsel, he is qualified only to defend the claims directed at him personally.

6. To file a document with the Clerk of Court, Defendant may mail his filings to:

> The Clerk of Court
> Paul G. Rogers Federal Building and U.S. Courthouse
> 701 Clematis Street Room 202
> West Palm Beach, FL 33401

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 21 day of November, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record;
Bill D. Perry
112 Harvest Ln
Petersburg, IN 47567

2