IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-CV-20343-DMM

MELANIE E. DAMIAN, as Receiver of Hunter
Wise Commodities, LLC, Hunter Wise
Services, LLC, Hunter Wise Credit, LLC,
And Hunter Wise Trading, LLC,

        Plaintiff,

v.

INTERNATIONAL METALS TRADING &
INVESTMENTS, LTD. and BILL PERRY,

        Defendants.
_____/

## ORDER REGARDING DEFENDANT BILL PERRY'S COMMUNICATIONS WITH COURT

THIS CAUSE comes before the Court *sua sponte*, following successive motions by *pro se* Defendant Bill Perry ("Perry"), which were delivered to the Court by fax. (DE 38, 42, & attached motion). The Court recently permitted Perry to communicate with the Court via fax to resolve a specific, time-sensitive issue concerning the continuance of a settlement conference. However, faxing is not generally an appropriate method of communicating with the Court. Litigants who are not able to file documents online must send them by U.S. mail or in person. *See* Section 2C of the CM/ECF Administrative Procedures.

Accordingly, it is **ORDERED** and **ADJUDGED** that Defendant Bill Perry shall submit all filings to the Court by U.S. mail or in person. Further, the attached document, sent by fax, will not be considered unless it is submitted by mail or in person to the Clerk's office.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this __6__ day of January, 2017.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record;
                Bill D. Perry
                112 Harvest Ln
                Petersburg, IN 47567

*Honorable Judge Donald M. Middlebrooks*

*United States District Court, Southern District of Florida*
*Paul G. Rogers Federal Building and U.S. Courthouse*
*701 Clematis Street, Room 257*
*West Palm Beach, Florida 33401*

**Re: Motion to Dismiss Case # 12-813-11-CIV-Middlebrooks/Bannon with prejudice**
**Filed: Pro Se**

Your honor, I object to the filing of this case against (International Metals Trading & Investments, Ltd.) and respectfully ask for a dismissal with prejudice on the basis that the entity (International Metals Trading & Investments, Ltd.) the plaintiff is suing in this case was a legally formed British Virgin Islands IBC and therefore jurisdiction for this case in U.S. court does not exist.

Respectfully,

*Bill Dean Perry*
January 4st, 2016

Telephone: (312)546-7627
Fax: (312)803-0938

*1*

Also, please see attached COME form, please have petitioner fully execute and date and return to my office.

I thank you for your anticipated cooperation in this regard.

Very truly yours,


JOHN T. WEST

JTW:jmg
Attachments
**DIRECT DIAL: <u>973-671-5856</u>**

--
****PLEASE NOTE MY CURRENT E-MAIL ADDRESS IS <u>jmcglynn@meiklewest.com</u>****

Jacqueline McGlynn
Administrative Assistant
Meikle West, LLC
<u>973-671-5843</u>Â Phone
<u>732-608-8403</u>Â Fax

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 15615143729 |
| FROM | Bill Perry |
| DATE | 2017-01-04 20:28:27 GMT |
| RE | |

COVER MESSAGE

RE: Â RAMOS, JOSE vs. DIAMOND STAFFING - Claim Petition No. 2013-32519

Ginarte O'Dwyer Gonzalez & Winograd
400 Market Street
Second Floor
Newark, NJ 07105

Dear Counsel:

Please see attached discovery demands â€‹ that were previously faxed to your office on November 29, 2016â€‹:

1) Demand for Medical Information
2) Demand for Re-Opener Interrogatories

Please provide responses â€‹ as soon as possible so as to avoid the necessity of a motionâ€‹.