Honorable Judge Donald M. Middlebrooks

16-20343

United States District Court, Southern District of Florida
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 257
West Palm Beach, Florida 33401

*Re: Motion to Dismiss Case # 12-813-11-CIV-Middlebrooks/Bannon with prejudice*
*Filed: Pro Se*

Dear Judge Middlebrooks,

Your honor, I am also requesting a dismissal of this case with prejudice on the basis that the plaintiff is suing International Metals Trading & Investments, Ltd. which was an entity dissolved several years ago.

Further, I assert the plaintiff has filed against me personally which is not proper either since I was acting on behalf of International Metals Trading & Investments, Ltd. and at no time was I ever personally under contract with Hunter Wise, wasn't living in the United States at the time the plaintiff alleges a material gain on my part aside from the fact the plaintiff is suing in bad faith to begin with.

Your honor, the plaintiff filed this case almost one year ago. They were given a December 12th, 2016 deadline to produce discovery and a list of expert witnesses for trial. Your honor, I do not think it was reasonable for the plaintiff to motion that the December 12th, 2016 deadline you yourself set was not enough time for them since this "evidence" that they say they have against me has been supposedly in their hands all this time and now all of a sudden they couldn't produce it by your deadline? Your honor please.

The plaintiff didn't produce your honor because the evidence does not exist.

Sir, I have also contacted the plaintiff on several occasions to discuss the false merits of their claims and they will njot listen and ignore the facts that I did not profit from the Hunter Wise fraud.

I implore you your honor to dismiss this filing with prejudice and I also ask you to hold the plaintiff in contempt as well as sanction her for knowingly filing this suit in bad faith and for using the tax payer's money and your court as her own personal place to go fishing for gold virtually free of charge as she so pleases.

Warm Regards,
Bill Perry
Bill Dean Perry
January 1st, 2016

Telephone: (312)546-7627
Fax: (312) 803-0938

B. Perry
112 Harvest LN.
Petersburg, IN. 47567

Honorable Judge Donald Middlebrooks
United States District Court
Southern District of Florida
701 Clematis St. Room 257
West Palm Beach Fl. 33401



MILWAUKEE WI 530
03 JAN 2017 PM 3 L

FOREVER / USA