WITH ALL DUE RESPECT AND OFF THE RECORD YOUR HONOR,

IF MELANIE DAMIAN CAN SIT HERE AND LIE TO YOUR FACE AND WILLFULLY IGNORE YOUR INSTRUCTIONS AND BE REWARDED FOR HER LACK OF INTEGRITY AT EVERY TURN INCLUDING BEING ALLOWED TO CONTINUE THIS <u>BULLSHIT</u> CASE, THE WHO AM I TO OBJECT ANYMORE TO ANYTHING SIR.

BILL PERRY

16-20343-cv



CAROL STREAM IL 601
14 MAR 2017 PM 4 L

Judge Donald Middlebrooks
701 Clematis St.
West Palm Beach, FL. 33401

33401-510199

141 W. Jackson St.
Chicago, IL. 60604