IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-CV-20343-DMM

MELANIE E. DAMIAN, as Receiver of Hunter
Wise Commodities, LLC, Hunter Wise
Services, LLC, Hunter Wise Credit, LLC,
and Hunter Wise Trading, LLC,

        Plaintiff,

v.

INTERNATIONAL METALS TRADING &
INVESTMENTS, LTD. and BILL PERRY,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon Plaintiff Melanie E. Damian's, Receiver for the Hunter Wise Entities ("Plaintiff"), Motion for Summary Judgment ("Motion"), filed on May 19, 2017. (DE 62). The deadline for Defendants International Metals Trading & Investments, Ltd. ("International Metals")[1] and Bill Perry ("Perry") to respond to the Motion was June 2, 2017. To date, Perry has not filed any response. Accordingly, Perry shall, **by June 20, 2017**, respond to this order by showing cause why Plaintiff's Motion should not be granted.

In responding, I caution Perry – based on issues that have arisen in past motions – to be mindful of the standard on a motion for summary judgment. Summary judgment can be awarded to Plaintiff only if she can show that the undisputed facts on the record prove that Perry is liable

---

[1] As a corporate defendant, International Metals cannot represent itself *pro se*. The instructions below are directed only towards Perry. However, should International Metals wish to defend against this Motion on its own behalf, it should obtain counsel, who must also respond as outlined.

for the stated claims.  The question is whether Perry can point to evidence *on the record* that puts into dispute a material issue of fact[2] relied upon by Plaintiff to prove her claims.

     **SO ORDERED** in Chambers at West Palm Beach, Florida, this 7 day of June, 2017.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record;

    Bill D. Perry, *pro se*
    141 W. Jackson St.
    Chicago, IL 60604

    Bill D. Perry, *pro se*
    980 N. Michigan Ave
    Suite 1400
    Chicago, IL 60611

---

[2] An issue of fact is "material" if it is of legal consequence – in other words, if deciding what really happened as to that issue is *necessary* to resolve a claim.  If a factual issue is material and disputed, Plaintiff cannot, at this stage, rely on it to prove an element of a claim.