***IN THE UNITED STATES DISTRICT COURT***
***FOR THE SOUTHERN DISTRICT OF FLORIDA***
***WEST PALM BEACH DIVISION***

***CASE NO. 1:16-CV-20343-DMM***

FILED by PC D.C.
AUG 0 8 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

*Melanie E. Damian, as Receiver of Hunter Wise Commodities, LLC, Hunter Wise Services, LLC, Hunter Wise Credit, LLC, And Hunter Wise Trading, LLC.*

*Plaintiff,*

*v.*

*International Metals Trading & Investments, Ltd. And Bill Perry*

*Defendants,*

***UPDATE: IMPORTANT NOTICE TO THE COURT # 2 REGARDING AUTOMOBILE CRASH OF DEFENDANT BILL PERRY THAT OCCURRED JULY 30TH, 2017 ENROUTE TO THIS COURT***

*I humbly come before this court tonight on 3:30PM, August 1st, 2017 once again to update this honorable court on my, Defendant Bill Perry's condition since the automobile accident I, Defendant Bill Perry was involved in near Chattanooga, TN en-route to this court to appear for the August 2nd, 2017 pre-trial hearing and subsequent trial.*

*My vehicle has been completely destroyed upon the impact of the crash and I am still stranded with no transportation living homeless in the same parking lot the towing company that the Tennessee State Police ordered to tow away the remains of my truck from the Interstate dropped me off at.*

*I have suffered severe burns and cuts on my left arm from the deployment of the vehicle airbag. I also took a blow to the chest which fortunately has proven to be just bruising at this time. I would like to inform this court that on the evening of the crash I was in shock and felt well enough to not go in the ambulance despite obvious and very real injuries. The shock of the crash and other pain has emerged that was not immediately noticeable this first night and part of the next day of the crash.*

*I also suffered a very hard blow to the head which has left me dizzy, nauseated, and slightly visually impaired last night and today as well. The blow to the head has gotten worse and I have also received very little sleep due to the trauma of the crash and my plan is to get to the nearest V.A. Hospital as soon as possible.*

*I have not yet found another vehicle your honor or other means of transportation to continue on at this point which I am desperately trying to solve in spite of the accident, my injuries as well as the 300 pages of discovery documents I have never seen before the Plaintiff faxed me just hours before earlier on the day of the crash while I was en-route to West Palm Beach as well as the multitude of documents faxed to me by the Plaintiff today in her preparation for trial against me on August 3rd, 2017. I also received yet another harassing text from the same individual whom I have reported to the FBI just minutes before the crash.*

*Your honor, I am the Defendant in this case and the stress of this pending trial taken in totality with the tactics used against me by the Plaintiff here as well as other factors I can tell you may have played a part in my near fatal automobile accident that just occurred on July*

*30th, 2017 because I am having a very difficult time concentrating with all these horrible events I do not deserve that are happening in my life, some of which is being orchestrated by an element of organized crime who are still in retaliatory mode against me for reporting a corrupt and vile criminal who is an Indiana State Policer officer to the authorities with a vigor they did not expect which left them seething with vicious anger and hell-bent on punishing this American citizen and disabled U.S. Marine Corps veteran for honoring his oath to protect and defend the constitution of the United States against all enemies, foreign and DOMESTIC by reporting Indiana State Trooper Gaven Wilson's criminal actions at great risk to my own personal safety and security from this well armed rogue cop.*

*Semper Fidelis,*

*Bill Dean Perry*
*August 1st, 2017*

***Certificate of Service***
*I HEREBY CERTIFY that on August 1st, 2017, a true and correct copy of the foregoing was served to the court via United States Mail and to the Plaintiff, Melanie E. Damian via facsimile (305) 371-3965.*

Bill Perry
980 N. Michigan Ave. Ste. 1400
Chicago, IL. 60611

**USMS INSPECTED**

BIRMINGHAM AL 350

**RECEIVED**

AUG 03 2017
12:16 PM

USA FOREVER

U.S. Federal Court
Southern District of Florida
400 N. Miami Avenue
Miami, Florida 33128

33128-771899

Attn: Clerk of Court