***IN THE UNITED STATES DISTRICT COURT***
***FOR THE SOUTHERN DISTRICT OF FLORIDA***
***WEST PALM BEACH DIVISION***

***CASE NO. 1:16-CV-20343-DMM***

*Melanie E. Damian, as Receiver of Hunter Wise Commodities, LLC, Hunter Wise Services, LLC, Hunter Wise Credit, LLC, And Hunter Wise Trading, LLC.*

*Plaintiff,*

*v.*

*International Metals Trading & Investments, Ltd. And Bill Perry*

*Defendants,*

***LETTER TO THE COURT REGARDING TELEPHONIC PRE-TRIAL CONFERENCE THAT TOOK PLACE ON AUGUST 2ND, 2017***

*Your honor, I would like to thank you and this court for allowing me to speak with you telephonically today in lieu of me being physically present which I was unable to do due to my automobile accident on the way to court.*

*I am thankful that the Plaintiff has decided to drop her case against me, Defendant Bill Perry personally. I would also like to take this time to personally apologize to your honor and this court and even the Plaintiff for anything that I may have said that anyone could have taken personally in my duress. I am under heavy stressors outside of this case at this time and I hope that this court will consider this in deciding if you will in fact accept my apologies for my transgressions in this case that warranted a warning from your honor.*

*Conversely, I would like this court to consider the fact that the moment I, Defendant Bill Perry discovered the Hunter Wise entities were engaged in a fraudulent scheme through diligent and extra-ordinary investigation on my own, I immediately went to the appropriate regulating body, the CFTC to offer my cooperation to help destroy the scheme in good heart to protect any future victims of this massive fraud after I myself felt the pain, desperation, terror and anguish of losing everything I worked, sacrificed and saved for financially for years disappear overnight by a thief in the proverbial night.*

*With that being said, I would like the court to know that it is my desire as the Defendant in this case to assist or help the Receiver in any way possible moving forward to help give clarity to some of this misinformation the Plaintiff has been running this case on against me and to help bring this entire case to a final close as soon as possible for the best interest of the many victims of the cancer known as the Hunter Wise entities which include myself, Defendant Bill Perry.*

*Lastly, I thank you your honor for giving me the 45 days to work the remainder of this out with the Plaintiff. As I said on the phone, in good faith I will try to wrap this up sooner if possible and pull the records together needed to reveal to this court the final proof that the Defendant(s) in this case did not get enriched to any significant sum of monies ($100,000 or less) as indicated during the pre-trial conference from this fraud to warrant any judgment entered against the Defendant(s) to stand.*

*Respectfully,*

*Bill Dean Perry*
*August 2nd, 2017*

***Certificate of Service***

*I HEREBY CERTIFY that on August 2nd, 2017, a true and correct copy of the foregoing was served to the court via United States Mail and to the Plaintiff, Melanie E. Damian via facsimile (305) 371-3965.*

Bill Perry
980 N. Michigan Av. St. 1400
Chicago, IL. 60611

KNOXVILLE TN 377
05 AUG 2017 PM 3 L




Honorable Judge Donald Middlebrooks
U.S. Federal Court
Southern District of Florida
701 Clematis St.
West Palm Beach, Florida 33401

33401-510199