Case 1:16-cv-20343-DMM   Document 103   Entered on FLSD Docket 11/29/2017   Page 1 of 2

16cv20343

FILED BY _____ D.C.
NOV 27 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Melanie E. Damian, as Receiver of Hunter
Wise Commodities, LLC, Hunter Wise
Services, LLC, Hunter Wise Credit, LLC,
And Hunter Wise Trading, LLC.
Plaintiff,
v.
International Metals Trading & Investments, Ltd.
Defendant,

### DEFENDANT RESPONSE TO RECEIVER'S STATUS REPORT AND DAMAGE ANALYSIS

Your Honor,

With all due respect owed to the Receiver, this lawsuit has been less of a legitimate lawsuit based on fact and more a probe based on inaccurate and manipulated financial statements and transaction data created by and altered by the fraudulent Hunter Wise which Defendant concedes is no fault of the Receiver/Plaintiff in this case.

Your honor, this lawsuit first began as a near $600,000 action against the Defendant(s) in this case. That number through cooperation by the Defendant now yields a figure close to $40,000 which I can assure you and swear an oath to this court is still grossly inaccurate.

I am thankful the Receiver understands that the Defendants(s) in this case were not complicit in the Hunter Wise fraud and were in fact victims of it at great personal expense, mental and emotional anguish and financial loss.

What was originally billed as a near $600,000 un-just enrichment accusation I believe has been proven to be completely false and that the Defendant acted very honorably in this case by coming forward to become an official whistleblower for the CFTC who LIED about the Defendant's honorable cooperation and participation to keep the Defendant from collecting a Whistleblower Award that was deserved which serves as a slap in the face to the Defendant who is an partially disabled and honorably discharged military veteran.

Addressing the Plaintiff's current numerical value, the Defendant have been unable to cooborate the remainder ($40,000) after all that has happened in this case including threats to my safety by a rouge and corrupt Indiana State Police officer, a near fatal accident enroute to this very court as well as an illegal incarceration without cause in Virginia at considerable mental anguish, anxiety and personal financial expense. I am in fact after all this time missing some financial data to prove this remainder balance the Receiver has now calculated.

The other fact I would like your honor to consider in rendering or not rendering official damages in this case and to whom, that it is a fact that the Defendant paid $5,500 to sign up as Hunter Wise dealer which the Receiver cannot cooborate but was in fact consistent to every other dealer to my knowledge as told directly to me by Hunter Wise management, in particular Mr. Joe Dedios, who I believe received a commission on that payment.

Further, the Defendant spent two years working on a marketing/business plan and in study not much unlike for example say a law student who puts two years into law school to theoretically to learn that his law school was improperly accredited and that his two years of study would now be rendered null and void without any wrongdoing or complicity of his own. A business plan I would like to point out that was never executed in what turned out to be a deliberate fraudulent scheme by Hunter Wise that the Defendant innocently knew nothing about which caused the Defendant to waste two years of precious time that the Defendant cannot get back and that the opportunity income I lost during this time which could have been earned by a legitimate enterprise that potentially could have adds up to hundreds of thousands of dollars, not to mention the thousands of dollars the Defendant paid outside agencies to create the marketing plan that could not be executed and then only to be ripped of the CFTC.

Respectfully,

*Bill Dean Perry*
Bill Dean Perry
November 19, 2017

**Certificate of Service**
I HEREBY CERTIFY that on November 19, 2017, a true and correct copy of the foregoing was served to the court via United States Mail and to the Plaintiff, Melanie E. Damian via facsimile (305) 371-3965.

1

...Ave, Ste. 1400
...60611



United States District Court
Southern District of Florida
701 Clematis Street
West Palm Beach, FL.
ck of Court                                                           33401